# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
## DIVISION

In re: § 
§ 
MOSLEY, ERNEST § Case No. 11-19514 JES
§ 
_____ Debtor(s) § 

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter    of the United States Bankruptcy Code was filed on
   .  The undersigned trustee was appointed on            .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                $

   Funds were disbursed in the following amounts:

   Payments made under an interim
   disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]            $

The remaining funds are available for distribution.

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.  The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____[2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____     By:/s/MARY ANN RABIN, TRUSTEE _____
                                             Trustee


**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

Case No:     11-19514     JES     Judge: JESSICA E. PRICE SMITH

Case Name:     MOSLEY, ERNEST

For Period Ending: 04/30/13

Trustee Name:     MARY ANN RABIN, TRUSTEE

Date Filed (f) or Converted (c):     11/08/11 (f)

341(a) Meeting Date:     12/13/11

Claims Bar Date:     06/27/12

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 321 OVERLOOK DRIVE VERMILLION, OH 44089 LEGAL DESC | 99,000.00 | 0.00 | | 0.00 | FA |
| 2. CASH ON HAND | 18.00 | 0.00 | | 0.00 | FA |
| 3. FIRST MERIT BANK VERMILLION, OH CHECKING ACCOUNT # | 900.00 | 0.00 | | 0.00 | FA |
| 4. MISC. HOUSEHOLD GOODS AND FURNITURE | 1,800.00 | 0.00 | | 0.00 | FA |
| 5. MISC. CLOTHING | 400.00 | 0.00 | | 0.00 | FA |
| 6. REASSURE AMERICA LIFE INSURANCE COMPANY LIFE INSUR | 2,118.60 | 0.00 | | 0.00 | FA |
| 7. FORD MOTOR COMPANY PENSION 100% EXEMPT | 1.00 | 0.00 | | 0.00 | FA |
| 8. MEDICAL MALPRACTICE CLAIM ESTATE OF GAIL LYNN MOSE | 1.00 | 0.00 | | 0.00 | FA |
| 9. debt consolidation (u) | 0.00 | 8,013.30 | | 8,013.30 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)                     $104,238.60          $8,013.30                          $8,013.30          $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

April 11, 2013, 04:10 pm  "Final Report w/UST for approval"

Initial Projected Date of Final Report (TFR): 06/30/12          Current Projected Date of Final Report (TFR): 05/01/13

/s/     MARY ANN RABIN, TRUSTEE
_____ Date: 04/11/13
      MARY ANN RABIN, TRUSTEE

Case No: 11-19514 -JES
Case Name: MOSLEY, ERNEST

Taxpayer ID No: 61-6467048
For Period Ending: 04/30/13

Trustee Name: MARY ANN RABIN, TRUSTEE
Bank Name: BANK OF KANSAS CITY
Account Number / CD #: *******1104 Checking Account

Blanket Bond (per case limit): $ 2,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/11/13 | 9 | ISLAND MUTUAL LLC | SETTLEMENT | 1229-000 | 8,013.30 | | 8,013.30 |
| 02/14/13 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 4.43 | 8,008.87 |
| 03/07/13 | 000101 | LUFTMAN, HECK & ASSOCIATES, LLP | ATTORNEY FEES & EXPENSES | | | 2,871.10 | 5,137.77 |
| | | 580 E. RICH STREET | See Order dated 3-7-13 - Doc. No. 39 | | | | |
| | | COLUMBUS, OH 43215 | | | | | |
| | | | Fees        2,571.10 | 3210-000 | | | |
| | | | Expenses      300.00 | 3220-000 | | | |
| 03/14/13 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 10.75 | 5,127.02 |

|  | | | | |
|---|---|---|---|---|
| COLUMN TOTALS | | 8,013.30 | 2,886.28 | 5,127.02 |
| Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| Subtotal | | 8,013.30 | 2,886.28 | |
| Less: Payments to Debtors | | | 0.00 | |
| Net | | 8,013.30 | 2,886.28 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account - ********1104 | 8,013.30 | 2,886.28 | 5,127.02 |
| | 8,013.30 | 2,886.28 | 5,127.02 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

/s/Mary Ann Rabin

/s/    MARY ANN RABIN, TRUSTEE
Trustee's Signature: _____ Date: 04/11/13

Page Subtotals        8,013.30        2,886.28

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | |
|---|---|
| Case No: | 11-19514  -JES |
| Case Name: | MOSLEY, ERNEST |
| Taxpayer ID No: | 61-6467048 |
| For Period Ending: | 04/30/13 |

| | |
|---|---|
| Trustee Name: | MARY ANN RABIN, TRUSTEE |
| Bank Name: | BANK OF KANSAS CITY |
| Account Number / CD #: | *******1104  Checking Account |
| Blanket Bond (per case limit): | $  2,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

MARY ANN RABIN, TRUSTEE

| | | | Page Subtotals | | 0.00 | 0.00 | |

LFORM24

Ver: 17.01

TREATMENT OF CLAIMS
Exhibit C

Case Number:   11-19514
Debtor Name:   MOSLEY, ERNEST
Claims Bar Date: 06/27/12

Claim Number Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000001 070 UC | Atlas Acquisitions LLC 294 Union St. Hackensack, NJ 07601 | Unsecured | Filed 03/22/12 | $11,879.41 | $0.00 | $11,879.41 |
| 000002 070 UC | Atlas Acquisitions LLC 294 Union St. Hackensack, NJ 07601 | Unsecured | Filed 03/22/12 | $11,299.64 | $0.00 | $11,299.64 |
| 000003 070 UC | Discover Bank DB Servicing Corporation PO Box 3025 New Albany, OH 43054-3025 | Unsecured | Filed 03/26/12 | $11,629.60 | $0.00 | $11,629.60 |
| 000004 070 UC | Midland Funding LLC By its authorized agent Recoser, LLC 25 SE 2nd Ave, Suite 1120 Miami, FL 33131-1605 | Unsecured | Filed 04/04/12 | $1,168.87 | $0.00 | $1,168.87 |
| 000005 070 UC | Portfolio Recovery Associates, LLC POB 12914 Norfolk VA 23541 | Unsecured | Filed 04/11/12 | $11,934.45 | $0.00 | $11,934.45 |
| 000006 070 UC | Mercy Regional Medical Center 2200 Jefferson Ave Toledo, OH 43604 | Unsecured | Filed 04/16/12 | $88.84 | $0.00 | $88.84 |
| 000007 070 UC | Citibank, N.A. c/o American InfoSource LP PO Box 248840 Oklahoma City, OK 73124-8840 | Unsecured | Filed 04/18/12 | $618.99 | $0.00 | $618.99 |
| 000008 070 UC | Capital One, N.A. c/o Bass & Associates, P.C. 3936 E. Ft. Lowell Road, Suite #200 Tucson, AZ 85712 | Unsecured | Filed 06/21/12 | $1,066.20 | $0.00 | $1,066.20 |
| 000009 025 TAF | Rabin and Rabin Co., LPA 55 PUBLIC SQUARE SUITE 1510 CLEVELAND, OH 44113-1901 | Administrative | | $245.00 | $0.00 | $245.00 |
| 000010 025 TAE | Rabin and Rabin Co., LPA 55 PUBLIC SQUARE SUITE 1510 CLEVELAND, OH 44113-1901 | Administrative | | $124.08 | $0.00 | $124.08 |
| | Subtotal For Claim TAE | | | $50,055.08 | $0.00 | $50,055.08 |
| | Case Totals: | | | $50,055.08 | $0.00 | $50,055.08 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

Exhibit D

Case No.: 11-19514 JES
Case Name: MOSLEY, ERNEST
Trustee Name: MARY ANN RABIN, TRUSTEE

Balance on hand                         $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: MARY ANN RABIN, TRUSTEE | $ | $ | $ |
| Trustee Expenses: MARY ANN RABIN, TRUSTEE | $ | $ | $ |
| Attorney for Trustee Fees: Rabin and Rabin Co., LPA | $ | $ | $ |
| Attorney for Trustee Expenses: Rabin and Rabin Co., LPA | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses    $_____

Remaining Balance    $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $     must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ _____ have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be _____ percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|-----------|----------|-------------------------|--------------------------|------------------|
| 000001 | Atlas Acquisitions LLC | $ | $ | $ |
| 000002 | Atlas Acquisitions LLC | $ | $ | $ |
| 000003 | Discover Bank | $ | $ | $ |
| 000004 | Midland Funding LLC | $ | $ | $ |
| 000005 | Portfolio Recovery Associates, LLC | $ | $ | $ |
| 000006 | Mercy Regional Medical Center | $ | $ | $ |
| 000007 | Citibank, N.A. | $ | $ | $ |
| 000008 | Capital One, N.A. | $ | $ | $ |

Total to be paid to timely general unsecured creditors     $_____

Remaining Balance     $_____

Tardily filed claims of general (unsecured) creditors totaling $ _____ have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be _____ percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $          have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be          percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE